**United States Court of Appeals**

FOR THE EIGHTH CIRCUIT

_____

No. 97-3846

_____

Richard M. Gumto,                        *
                                         *
        Plaintiff-Appellant,             *   Appeal from the United States
                                         *   District Court for the
    v.                                   *   District of North Dakota.
                                         *
Kenneth S. Apfel, Commissioner of        *   [UNPUBLISHED]
Social Security,                         *
                                         *
        Defendant-Appellee.              *


_____

Submitted: April 17, 1998
Filed: May 7, 1998

_____

Before McMILLIAN, BOWMAN,[1] and MURPHY, Circuit Judges.

_____

PER CURIAM.

Gumto applied for disability benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-433, based on a diagnosis of a degenerative disk disease. His application for benefits was denied and an administrative law judge ("ALJ") found that he was not disabled as defined under the Social Security Act and could perform jobs that existed in substantial numbers in the national economy. This denial became final

_____

[1]The Honorable Pasco M. Bowman became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 18, 1998.

after the Social Security Appeals Council declined to review the decision of the ALJ.  <u>See</u> 20 C.F.R. § 404.981.  Gumto then filed this action and the district court[2] granted summary judgment in favor of Apfel after determining that the record supported the decision of the ALJ.  Based on our review of the record we affirm the judgment on the basis of the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Rodney S. Webb, Chief United States District Judge for the District of North Dakota.